# In the United States District Court for the Southern District of Georgia
## Brunswick Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CR 2:22-026 |
| MICHAEL S. DANIELS, | |
| Defendant. | |

**ORDER**

Before the Court is Defendant Michael Daniels's letter/motion wherein he requests a copy of his docket sheet and "court transcripts" "free of charge." Dkt. No. 2504 at 1.

On May 22, 2023, Defendant pleaded guilty to a lesser included offense of Count 1 of the Indictment, that is, conspiracy to possess with intent to distribute, and to distribute, a quantity of methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(C), 846 and 18 U.S.C. § 2. Dkt. Nos. 1568, 1831. On September 29, 2023, Defendant was sentenced to forty-eight months' imprisonment, to be served concurrently with any sentence that may be imposed in his pending related state case, followed by three years of supervised release. Dkt. No. 1831.

Now, over six months after he was sentenced, Defendant requests a free copy of his docket sheet and court transcripts, presumably of his court appearances. See Dkt. No. 2504. After

careful consideration, Defendant's motion is **DENIED**. Although there are certain situations in which a defendant proceeding *in forma pauperis* is entitled to transcripts free of charge, this is not one of those situations. Based on this Court's records, Defendant does not have a pending petition for writ of habeas corpus, nor does he have a pending appeal. Notwithstanding the above, the Clerk is **DIRECTED** to mail Defendant a copy of his docket sheet.

**SO ORDERED**, this 16 of April, 2024.

---
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA